UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TODD S. HUMPHREY,<br>    Plaintiff | :<br>:<br>: |
| v. | :   File No. 1:08-cv-101 |
| ROBERT HOFMANN, et al.<br>    Defendant | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed May 7, 2008. (Paper 2). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

This case is DISMISSED and plaintiff's motion to proceed in forma pauperis (Paper 1) is DENIED as moot. The dismissal shall be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 2nd day of June, 2008.

                      /s/ J. Garvan Murtha
                      J. Garvan Murtha
                      United States District Judge